IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

D. DUSTIN,

        Plaintiff,                No. CIV S-08-0955 GEB DAD P

      vs.

R.J. SUBIA, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff has filed a letter with the court explaining that he is having trouble completing his in forma pauperis application.  The court has construed plaintiff's letter as a request for an extension of time to file his in forma pauperis application pursuant to the court's order of May 13, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's May 22, 2008 request for an extension of time is granted; and

        2.  Plaintiff is granted thirty days from the date of this order in which to file his in forma pauperis application.

DATED: June 5, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
dust0955.36ifp