IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

D. DUSTIN,

        Plaintiff,                        No. CIV S-08-0955 GEB DAD P

    vs.

R.J. SUBIA, et al.,

        Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        Plaintiff has filed a motion for an order compelling Warden Tom Felker to provide him with his legal property. To the extent that plaintiff seeks preliminary injunctive relief, he is advised that he is not entitled to such relief until such time as the court finds that his complaint contains cognizable claims for relief against the named defendants and the named defendants have been served with the summons and complaint. See Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir. 1985) ("A federal court may issue an injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; it may not attempt to determine the rights of persons not before the court."). See also Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969) (court is unable to issue an order

against individuals who are not parties to a suit pending before it).  The court has recently issued an order dismissing plaintiff's complaint and granting him leave to amend.

If plaintiff still has not received access to his legal property, he may first file an administrative grievance at his institution.  <u>See</u> Cal. Code Regs. tit. 15, § 3084.1(a) (prisoners may appeal "any departmental decision, action, condition, or policy which they can demonstrate as having an adverse effect upon their welfare.").

Accordingly, IT IS HEREBY ORDERED that plaintiff's August 15, 2008 motion to compel (Doc. No. 18) is denied.

DATED: September 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
dust0955.mtc

2