1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   D. DUSTIN,

11             Plaintiff,                    No. CIV S-08-0955 GEB DAD P

12        vs.

13   R.J. SUBIA, et al.,

14             Defendants.              ORDER

15   _____/

16        Plaintiff is a state prisoner proceeding pro se and in forma pauperis.  Plaintiff

17   seeks relief pursuant to 42 U.S.C. § 1983.

18        Plaintiff has filed a second request for a court order compelling Warden Tom

19   Felker to provide him with his legal property.  Plaintiff's second request is nearly identical to his

20   first request, which the court denied on September 4, 2008.  Plaintiff, having filed his second

21   request on the same day the court issued its order, did not have the benefit of the court's order.

22   For reasons discussed therein, plaintiff's second request for a court order compelling the warden

23   to provide him with his legal property will be denied.

24        Plaintiff has also requested an extension of time to file an amended complaint.

25   Good cause appearing, plaintiff's request will be granted.

26   /////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's September 4, 2008 request for a court order (Doc. No. 20) is denied;

2.  Plaintiff's September 4, 2008 request for an extension of time to file an amended complaint is granted; and

3.  Plaintiff is granted thirty days from the date of service of this order to file an amended complaint.

DATED: September 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
dust0955.36amc(2)

2