IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. DUSTIN,<br><br>          Plaintiff,<br><br>     vs.<br><br>R.J. SUBIA, et al.,<br><br>          Defendants.<br>_____/ | No. CIV S-08-0955 GEB DAD P<br><br><br><br><br><br>ORDER |

        Plaintiff has requested a third extension of time to file an amended complaint pursuant to the court's order of June 20, 2008.  Good cause appearing, this request will be granted.  However, no further extensions of time will be granted for this purpose.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's September 12, 2008 request for an extension of time (Doc. No. 22) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.  No further extensions of time will be granted for this purpose.

DATED: October 24, 2008.

DAD:9
dust0955.36amc(3)

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE