IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

D. DUSTIN,

        Plaintiff,                 No. CIV S-08-0955 GEB DAD P

    vs.

R. J. SUBIA, et al.,

        Defendants.        <u>ORDER</u>

_____/

        On August 16, 2010, plaintiff filed an amended complaint.  Plaintiff is advised that the assigned district judge issued an order dismissing his complaint without prejudice and that this civil rights action was closed on April 23, 2009.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: August 31, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kly:sj
dust0955.58